**Order filed December 4, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-13-00944-CR
_____

**JORGE ALBERT PAVON-MALDONADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Court Cause No. 21793**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's exhibit 1, a video.**

The clerk of the 258th District Court is directed to deliver to the clerk of this court the original of State's exhibit 1, a video, on or before **December 18, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 1, a video, to the clerk of the 258th District Court.

PER CURIAM